# RYDER ♦ MAZZEO ♦ KONIECZNY LLC
INTELLECTUAL PROPERTY LAW

June 28, 2019

Honorable Brian M. Cogan  **VIA ECF**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:    Letter Regarding Settlement Agreement in Principle
                Rally Armor, LLC v. Elite Auto Parts Inc. et al.
                Case No. 1:19-cv-02531-BMC

Dear Judge Cogan:

    This letter is to inform you that the parties in the above-captioned matter have reached a settlement agreement in principle and agreed on the basic terms of a settlement. We are currently working on preparing the formal, written settlement agreement.

    Accordingly, in order to facilitate and allow sufficient time to complete the formal requirements of settlement without additional expense on either side, we request a thirty (30) day extension of time for the defendants to answer or otherwise respond to the complaint, currently due by July 8, 2019. We further request a thirty (30) day continuance of the July 8, 2019 Initial Conference and a thirty (30) day extension of the July 3, 2019 deadline to submit the pre-conference memorandum for the same reasons.

    Thank you for your attention to this matter.

    Very truly yours,

    Ryder, Mazzeo & Konieczny LLC

    By: _____
          Frank A. Mazzeo

FAM/DY
cc: Michael Lee, Esq. (via ECF and email)